UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANH NGUYEN LE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 12-8614 PSG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered in favor of Plaintiff.

DATE: October 10, 2013　　　　　_____

　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE