Betty Herrera (SBN 242189)
Attorney for Plaintiff
UNITED DISABILITY LAWYERS GROUP
21822 Sherman Way, Suite 200
Canoga Park, CA 91303
Telephone: (401) 297-3166
Fax: (888) 425-1666
bherrera@uniteddisabilitylawyers.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAHN NGUYEN LE, | CASE NO. SA CV 12-8614 PSG (MRW) |
| Plaintiff, | ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"),

IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Four Thousand Two Hundred Fifty Dollars ($4,250.00)., subject to the terms of the Stipulation. Under the terms of the Stipulation, payment may be delivered to Plaintiff's counsel.

Dated: January 8, 2014

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1